# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Criminal Number:** |
| v. | |
| **RUDY'S PERFORMANCE PARTS, INC.,** dba **RUDY'S DIESEL PERFORMANCE,** and **RUDY'S DIESEL PERFORMANCE AND OFFROAD,** | **Violation: 18 U.S.C. § 371 – Conspiracy** |
| **Defendant.** | |

## INFORMATION

The United States Attorney charges that, at all times material to this Information:

### Introduction

1. Defendant RUDY'S PERFORMANCE PARTS, INC., doing business as RUDY'S DIESEL PERFORMANCE and RUDY'S DIESEL PERFORMANCE AND OFFROAD (RUDY'S) was founded and incorporated in North Carolina on or about May 5, 2009.

2. RUDY'S had its principal office at 7422 Whitsett Park Road, Burlington, North Carolina 27215.

3. From its incorporation to present, RUDY'S has been a distributor of "aftermarket" automotive parts; that is, automotive parts installed and used on vehicles after they are placed on the market.

4. On or about December 7, 2016, the U.S. Environmental Protection Agency, Air Enforcement Division (EPA-AED), based in Washington, D.C., issued to RUDY'S a request for information (RFI) under the Clean Air Act, 42 U.S.C. § 7542(a). The RFI requested, among other things, information about parts sold by RUDY'S, including whether the parts were "engine tuner[s]," or "engine tune[s]," and whether they affected the vehicle's on-board diagnostic system. Thereafter, RUDY'S submitted responses to EPA-AED in Washington, D.C., including

one on or about January 6, 2017.

**Applicable Law**

5.      The Clean Air Act (CAA) was enacted by Congress "to protect and enhance the quality of the Nation's air resources so as to promote the public health and welfare . . . ." 42 U.S.C. § 7401(b)(1).

6.      The CAA makes it a crime for any person to knowingly falsify, tamper with, or render inaccurate any monitoring device or method required to be maintained or followed under the CAA. 42 U.S.C. § 7413(c)(2)(C).

7.      The CAA requires vehicle and engine manufacturers to install on-board diagnostic systems (OBDs) on motor vehicles. *See* 42 U.S.C. § 7521(m)(1); 40 C.F.R. §§ 86.010-18 and 86.1806-05. An OBD is a monitoring device or method required to be installed and maintained under the CAA. *See* 42 U.S.C. § 7521(m)(1); 40 C.F.R. §§ 86.010-18 and 86.1806-05.

**Emissions Controls and "Deleted" Trucks**

8.      Vehicle and engine manufacturers install emissions controls at the time of manufacture to meet emission standards required under the CAA. Emissions control systems for diesel vehicles include components such as the exhaust gas recirculation (EGR) unit, which controls emissions of nitrogen oxides (NOx); the diesel oxidation catalyst (DOC), which controls emissions of carbon monoxide (CO), particulate matter (PM) and non-methane hydrocarbons (NMHC); the selective catalytic reduction (SCR) unit, which controls NOx; and the diesel particulate filter (DPF), which traps PM.

9.      These components are connected to a computer module, known as the electronic control unit, which houses the OBD. The OBD monitors the operation of the emissions control system. If emissions control components are disabled and/or removed, a normally functioning OBD will trigger a malfunction indicator light on the vehicle's dashboard and record a diagnostic trouble code in the vehicle's computer. The OBD also may cause the vehicle to go into "limp mode," which reduces the maximum speed of the vehicle until the emissions system is repaired.

10. The term "defeat device" (or sometimes "delete device"), among other things, refers to certain aftermarket automotive parts or products that are used to tamper with, remove, or disable a vehicle's emissions control system.

11. A "deleted" diesel truck is a truck that has had its emissions controls disabled and/or removed. "Deleting" a truck refers to the act of disabling and/or removing a truck's emissions control equipment and tampering with the truck's OBD.

12. Deleting a diesel truck's emissions controls causes its NOx, CO, NMHC, and PM emissions to increase significantly. Diesel emissions include multiple hazardous compounds that negatively impact human health and the environment. In particular, diesel exhaust has been identified by the EPA as a mobile source air toxic under the CAA, 42 U.S.C. § 7521(*l*)(1), because it poses cancer and noncancer health risks. 66 Fed. Reg. 17230 (Mar. 29, 2001).

13. Three broad categories of defeat device products are used to disable a diesel vehicle's emissions control system:

   a) Hardware parts, including "straight pipes" and "block plates." Straight pipes are hollow pipes used to replace the part of the exhaust system that contains the DOC, SCR, and DPF once they are removed. Block plates are installed after disabling or removing the EGR.

   b) Software known as "delete tunes." Delete tunes tamper with the OBD's monitoring function preventing it from detecting the removal or disabling of emissions controls, allowing the vehicle to appear to run normally.

   c) A "tuner" or tuning platform to run or install the tunes. A tuner or tuning platform interfaces with the vehicle's computer and OBD that control and monitor various vehicle functions. It can be a physical box/device or a cloud-based system.

## COUNT ONE: 18 U.S.C. § 371

## (CONSPIRACY TO VIOLATE THE CLEAN AIR ACT)

### The Conspiracy

14. Paragraphs 1 through 13 of this Information are re-alleged and incorporated as if fully set forth herein.

15. Beginning on a date no later than July 20, 2015, and continuing through March

2019 in the District of Columbia and elsewhere, RUDY'S knowingly and intentionally conspired with persons known and unknown to the United States Attorney, including certain RUDY'S officers and employees, and others, to falsify, tamper with and render inaccurate a monitoring device and method required under the CAA, in violation of 42 U.S.C. § 7413(c)(2)(C).

## Manner and Means

The manner and means by which the conspiracy was sought to be accomplished included the following:

16. It was part of the conspiracy that RUDY'S and others, including certain RUDY'S officers and employees, agreed to have RUDY'S manufacture and sell tuner devices with delete tunes that tampered with the monitoring function of motor vehicles' OBDs and enabled deleted vehicles to run seemingly normally with their emissions controls removed and/or disabled.

17. It was further part of the conspiracy that RUDY'S and others, including certain RUDY'S officers and employees, agreed with Person 1 and Person 1's companies to convert Company B tuners into imitation Company A tuners (known as the Mini Maxx and XRT Pro). RUDY'S marketed and sold these tuners as genuine Mini Maxx and XRT Pro tuners, knowing that Company A was no longer manufacturing and selling the tuners based on EPA enforcement. RUDY'S sold these tuners knowing that customers would use the tuners to tamper with the OBDs on their vehicles and remove and/or disable their vehicles' emissions controls.

18. It was further part of the conspiracy that RUDY'S purchased from Company C a laptop that contained technology enabling RUDY'S and others, including certain RUDY'S officers and employees, to convert, in-house, Company B tuners into imitation Company A Mini Maxx and XRT Pro tuners. RUDY'S marketed and sold these tuners as genuine Mini Maxx and XRT Pro tuners. RUDY'S sold these tuners knowing that customers would use the tuners to tamper with the OBDs on their vehicles and remove and/or disable their vehicles' emissions controls.

## Overt Acts

In furtherance of the conspiracy and to accomplish its objects, RUDY'S, together with

others known and unknown to the U.S. Attorney, committed and willfully caused others to commit the following overt acts:

19. On or about July 20, 2015, RUDY'S sent to Person 1 approximately one hundred Company B tuners to have Person 1 and Person 1's company convert the tuners into imitation Company A tuners capable of tampering with the monitoring functions of a vehicle's OBD.

20. On or about July 27, 2015, one of Person 1's companies sent to RUDY'S an invoice reflecting Person 1's conversion of the one hundred Company B tuners into imitation Company A delete tuners, at a price of $100 each, and a total cost of $10,000.

21. From about July 2015 to about December 2016, at RUDY'S direction, Person 1 converted Company B tuners into imitation Company A Mini Maxx and XRT Pro tuners capable of tampering with the monitoring functions of a vehicle's OBD. In total, Person 1 converted approximately 20,000 tuners for RUDY'S. RUDY'S paid Person 1 and his companies approximately $2,000,000 for Person 1's services. RUDY'S final payment to Person 1, through one of his companies, was on or about January 18, 2017, in the amount of $184,210.

22. During the period of time when Person 1 was converting tuners for RUDY'S to sell, RUDY'S advertised the tuners on its publicly available website (www.rudysdiesel.com). For example:

    a) By on or about July 31, 2015, the website advertised purported Company A Mini Maxx tuners, with a price of $1,649, and the following features, among others: (1) "[c]omes preloaded with DPF Present and DPF Removed capable tuning"; (2) "[a]llows removal of the DPF system and ALL related sensors (nothing needs to go into the race exhaust or even be plugged in)"; (3) "[a]llows removal of the entire EGR system including cooler with no trouble codes"; and (4) "[p]recisely tune engine with HP increases of 0-250HP . . . ."[1]

    b) By on or about October 31, 2016, the website advertised purported Company A

---

[1] As used herein, "HP" refers to horsepower.

Mini Maxx tuners, with a price of $999, and the following features, among others: (1) "[a]llows removal of the DPF system and ALL related sensors (nothing needs to go into the race exhaust)"; (2) "[a]llows removal of the entire EGR system including cooler with no trouble codes"; (3) "[p]recisely tune engine with HP increases of 60-175HP"; and (4) "WARNING - Use the tuner only after removing DPF System."

23. No later than February 2017, RUDY'S reached an agreement with Company C where RUDY's would pay $850,000 to Company C in exchange for the technology, including software and files stored on a laptop computer, to convert tuners into imitation Company A tuners. RUDY'S issued a check, dated February 15, 2017, to Company C in the amount of $850,000. Prior to February 24, 2017, Company C delivered to RUDY'S a laptop containing Company A technology and tunes, among other files. On or about February 24, 2017, the owner of Company C met with and instructed the president of RUDY'S regarding how to use the laptop to convert Company B tuners into Company A tuners.

24. Thereafter, RUDY'S and certain RUDY'S officers and employees used the laptop in-house to convert tuners manufactured by Company B into imitation Company A delete tuners. RUDY'S also hired an additional employee to repackage the converted tuners. RUDY'S then sold the tuners as Company A tuners. In total, from December 6, 2016, through July 17, 2018, RUDY'S manufactured, marketed, and sold approximately 23,900 of these imitation Company A tuners capable of tampering with the monitoring functions of a vehicle's OBD. Although RUDY'S advertised and sold these defeat device tuners as Company A tuners, RUDY'S internal business records did not identify them as such. Instead, RUDY'S used the terms "custom tuner monitor" and "custom handheld tuner" on invoices to refer to the imitation tuners.

25. During the period of time when RUDY's used the laptop in-house to convert tuners, RUDY'S advertised the tuners on its publicly available website (www.rudysdiesel.com). For example:

    a) By on or about June 3, 2017, the website advertised purported Company A XRT Pro tuners, with a price of $799, and the following features, among others: (1) "[a]llows

6

removal of the DPF system and ALL related sensors (nothing needs to go into the race exhaust or even be plugged in)"; (2) "[a]llows removal of the entire EGR system including cooler with no trouble codes…"; (3) "[t]urn off the EGR system without removing ANY parts"; and (4) "precisely tune engine with HP increases of 0-250HP . . . ."

b) By on or about August 13, 2018, the website advertised purported Company A Mini Maxx tuners, with a price of $899, and the following features, among others: (1) "[a]llows removal of the DPF system and ALL related sensors (nothing needs to go into the race exhaust); (2) "[a]llows removal of the entire EGR system including cooler with no trouble codes"; (3) [t]urn off EGR without removing ANY parts; and (4) "WARNING - Use the tuner only after removing DPF System."

26. From about March 2016 through July 2018, RUDY'S had plastic casings manufactured to replicate those of Company A tuners. Before selling the imitation tuners to customers, RUDY'S replaced the Company B casings, which bore Company B's logo, with the replica Company A casings.

27. During the conspiracy, RUDY's had Company A installation/operation manuals printed for the Mini Maxx and XRT Pro tuners. RUDY'S included the manuals with the imitation Company A tuners it sold.

28. By on or about August 31, 2016, through at least June 12, 2017, RUDY'S publicly available website (www.rudysdiesel.com/register.asp) allowed users to create an account, and under a section labeled "Your Billing Address…" included a drop-down menu for "State / Province" that included the "District of Columbia" and "Washington DC" as options.

29. On or about March 7, 2019, RUDY'S fulfilled an order for (1) an SD card for a Company A XRT Pro tuner; and (2) a "Custom [brand] Competition Tuning Package For 15-16 6.7 Powerstroke." On or about the same date, RUDY'S shipped the SD card to the District of Columbia via UPS and sent the tuning package (consisting of four tune files) via email.

All in violation of Title 18, United States Code, Section 371.

Matthew Graves
United States Attorney

By:   */s/ Jennifer Leigh Blackwell*
      Jennifer Leigh Blackwell
      Assistant United States Attorney

Todd Kim
Assistant Attorney General

By:   */s/ Krishna S. Dighe*
      Krishna S. Dighe
      Senior Counsel
      Environmental Crimes Section

      Stephen J. Foster
      Trial Attorney
      Environmental Crimes Section

DATED: July 22, 2024